UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORVIE MIZZELL BULLOCK
    Plaintiff

vs.                                         CASE NO: 6:21-cv-01348-PGB-LHP

SEMINOLE COUNTY PUBLIC SCHOOLS
    Defendant

_____/

## **NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff, Orive Mizzell, appeals the decision of the Court on April 14, 2023, which granted Summary Judgment in favor of the Defendant (see attached final order).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the CM/ECF filing system and that a copy of the foregoing was served upon Cindy A. Townsend, Esquire, , ctownsend@roperppa.com; Roper, PA, 2707 E. Jefferson Street, Orlando, Florida 32803, on this 12th day of May, 2023.

                                    /s/ Jerry Girley_____
                                    JERRY GIRLEY, Esquire
                                    Florida Bar No: 35771
                                    The Girley Law Firm, P.A.
                                    117 East Marks Street Suite A
                                    Orlando, FL  32803
                                    Telephone: 407-540-9866
                                    Facsimile: 407-540-9867
                                    phyllis@thegirleylawfirm.com