# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 05, 2024

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 23-11599-JJ
Case Style: Orvie Mizzell-Bullock v. Seminole County Public Schools
District Court Docket No: 6:21-cv-01348-PGB-LHP

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11599

_____

ORVIE MIZZELL-BULLOCK,

                                                      Plaintiff-Appellant,

*versus*

SEMINOLE COUNTY PUBLIC SCHOOLS,

                                                      Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:21-cv-01348-PGB-LHP

_____

JUDGMENT

2                                                                    23-11599

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 5, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE:  February 5, 2024

**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**
**Bill of Costs**

Court of Appeals Docket No. __23-11599-E__

__Orvie Mizzell-Bullock__ vs. __Seminole County Public Schools__

<span style="color:red">A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.</span>

**INSTRUCTIONS**

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | | X | 52 | 5 | 265 | $81.64 | $81.64 |
| Reply Brief | | | | | | | |
| Appellee's Supp. Appendix | | X | 581 | 3 | 1743 | $438.80 | $438.80 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $ 520.44 | $$520.44 |
| | | | | | | REQUESTED | ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __/s/ Cindy A. Townsend__   Date Signed: __01/18/2024__

Attorney Name: __Cindy A. Townsend__   Attorney for: __Seminole County Public Schools__
(Type or print your name)   (Type or print name of client)

E-mail: __ctownsend@roperpa.com; hcavallo@roperpa.com__   Phone: __407-897-5150__

Street Address/City/State/Zip: __255 South Orange Avenue, Suite 750, Orlando, FL 32801__

---

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ __$520.44__ against __Appellants__

and are payable directly to __Appellees__

David J. Smith, Clerk of Court

Issued on: __ISSUED AS MANDATE: February 5, 2024__   By: __/S/ Tresa A. Raines__   DATE: __1/18/2024__
Deputy Clerk

BOC Rev.: 6/17

Orlando Legal Document Services
745 N Thornton Ave
Orlando, FL  32803
(407) 244-5521
www.orlandolegalcopies.com



# INVOICE

**BILL TO**
Roper P.A.
2707 E. Jefferson St.
,
Orlando, FL  32803

**INVOICE #** 127834
**DATE** 08/02/2023
**DUE DATE** 09/01/2023
**TERMS** Net 30

| CLIENT NAME | CLIENT MATTER |
|---|---|
| Helene Cavallo | 036-015 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 260 | Light Litigation File Copies | 0.11 | 28.60T |
| 260 | GBC/Spiral Drill Copies, Prints, or Originals | 0.03 | 7.80T |
| 5 | Card Stock Cover Sets | 1.00 | 5.00T |
| 5 | GBC Combs | 5.00 | 25.00T |

A 1.5% interest rate will be charged on outstanding invoices 90 days or more.

EIN: 02-0542080

| | |
|---|---|
| SUBTOTAL | 66.40 |
| TAX | 4.32 |
| TOTAL | 70.72 |
| BALANCE DUE | **$70.72** |

Sign Here: _____

**Orlando Legal Document Services**

745 N Thornton Ave
Orlando, FL  32803
(407) 244-5521
www.orlandolegalcopies.com



# INVOICE

**BILL TO**
Roper P.A.
2707 E. Jefferson St.
,
Orlando, FL  32803

**INVOICE #** 127912
**DATE** 08/04/2023
**DUE DATE** 09/03/2023
**TERMS** Net 30

| CLIENT NAME | CLIENT MATTER |
|---|---|
| Helene Cavallo | 036-015 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 5 | Light/Medium Litigation File Copies | 0.12 | 0.60T |
| 5 | GBC/Spiral Drill Copies, Prints, or Originals | 0.03 | 0.15T |
| 0.10 | Technical Time - Inserting First Page into GBC Binder | 95.00 | 9.50T |

A 1.5% interest rate will be charged on outstanding invoices 90 days or more.

EIN: 02-0542080

| | |
|---|---|
| SUBTOTAL | 10.25 |
| TAX | 0.67 |
| TOTAL | 10.92 |
| BALANCE DUE | **$10.92** |

Sign Here: _____

**Orlando Legal Document Services**

745 N Thornton Ave
Orlando, FL  32803
(407) 244-5521
www.orlandolegalcopies.com



# INVOICE

**BILL TO**
Roper P.A.
2707 E. Jefferson St.
,
Orlando, FL  32803

**INVOICE #** 128190
**DATE** 08/15/2023
**DUE DATE** 09/14/2023
**TERMS** Net 30

| CLIENT NAME | CLIENT MATTER |
|---|---|
| Helene Cavallo | Mizzell 036-015 |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1,743 | Light Litigation File Copies | 0.11 | 191.73T |
| 1,743 | GBC/Spiral Drill Copies, Prints, or Originals | 0.03 | 52.29T |
| 105 | Custom Index Tabs | 1.00 | 105.00T |
| 18 | Card Stock Cover | 1.00 | 18.00T |
| 9 | GBC Combs | 5.00 | 45.00T |

A 1.5% interest rate will be charged on outstanding invoices 90 days or more.

EIN: 02-0542080

| | |
|---|---|
| SUBTOTAL | 412.02 |
| TAX | 26.78 |
| TOTAL | 438.80 |
| BALANCE DUE | **$438.80** |

Sign Here: _____